| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hogan, Michael R. | United States District Court | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 405 East 8th Avenue, Suite 5700 Eugene, OR 97401 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Parnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hogan, Michael R.

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Line of Credit | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rental Apt , Myrtle Point, Oregon, 4-plex, Coos County | D | Rent | N | W | | | | | |
| 2. Rental Apt., Myrtle Point, Oregon, duplex, Coos County | C | Rent | L | W | | | | | |
| 3. Rental Apt., Bandon, Oregon, triplex, Coos County | E | Rent | M | W | | | | | |
| 4. Rental Property #1 Coos County, Myrtle Point, Oregon | D | Rent | N | W | | | | | |
| 5. Rental Property #2 Lane County, Eugene, Oregon | E | Rent | N | W | | | | | |
| 6. Pulte Homes | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. ▨ Partnership (partner) | D | Int./Div. | P1 | W | | | | | |
| 9. - Timber Tract #1 Coos County Oregon | | | | | | | | | |
| 10. - Timber Tract #2 Coos County Oregon | | | | | | | | | |
| 11. - Timber Tract #3 Coos County Oregon | | | | | | | | | |
| 12. - Timber Tract #4 Coos County Oregon | | | | | | | | | |
| 13. - Timber Tract #5 Coos County Oregon | | | | | | | | | |
| 14. - Timber Tract #6 Coos County Oregon | | | | | | | | | |
| 15. - Lot Coos County Oregon #1 | | | | | | | | | |
| 16. - Lot Coos County Oregon #2 | | | | | | | | | |
| 17. - Lot Mohave County Arizona | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Lot Coos County Oregon #3 | | | | | | | | | |
| 19. - Rental Property #4 Coos County Oregon | | | | | | | | | |
| 20. - Rental Property #5 Coos County Oregon | | | | | | | | | |
| 21. - Lot Coos County Oregon #4 | | | | | | | | | |
| 22. - Rental Property #6 Coos County Oregon | | | | | | | | | |
| 23. - Rental Property #7 Coos County Oregon | | | | | | | | | |
| 24. - Rental Property #8 Coos County Oregon | | | | | | | | | |
| 25. - Ranch Coos County Oregon | | | | | | | | | |
| 26. - Tyco Electronics | | | | | | | | | |
| 27. - Aegon N V-ADR Amer Reg | | | | | | | | | |
| 28. - Akzo Nobel | | | | | | | | | |
| 29. - Alcatel-Lucent | | | | | | | | | |
| 30. - Astrazeneca PLC Spon Adr | | | | | | | | | |
| 31. - Barclays PLC | | | | | | | | | |
| 32. - British Sky Broadcasting Grp PLC | | | | | Sold | 07/15/10 | J | | |
| 33. - Contax Participacoes | | | | | Sold | 04/23/10 | J | | |
| 34. - CVS Caremark Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Celgene Corp (X) | | | | | | | | | |
| 36. - Deutsche Telecom | | | | | | | | | |
| 37. - Dolby Labs (X) | | | | | | | | | |
| 38. - Ericsson L M Tel Co | | | | | | | | | |
| 39. - First Solar Inc (X) | | | | | | | | | |
| 40. - Fluor Corp New (X) | | | | | | | | | |
| 41. - France Telecom | | | | | | | | | |
| 42. - Fuji Heavy Industries | | | | | | | | | |
| 43. - Fujifilm Hldgs Corp | | | | | | | | | |
| 44. - Glaxosmithkline PLC | | | | | | | | | |
| 45. - Google Inc (X) | | | | | | | | | |
| 46. - H Lundbeck | | | | | | | | | |
| 47. - Intesa Sanpaolo S P A Sponsored ADR | | | | | | | | | |
| 48. - J Sainsbury PLC | | | | | | | | | |
| 49. - Juniper Networks Inc | | | | | | | | | |
| 50. - KT Corp Sponsored ADR | | | | | | | | | |
| 51. - Kingfisher PLC | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Koninklijke Ahold NV | | | | | | | | | |
| 53. - Korea Elec Pwr Corp | | | | | | | | | |
| 54. - Magna International CL | | | | | Sold | 07/30/10 | J | | |
| 55. - Marks & Spencer Group | | | | | | | | | |
| 56. - Millea Hldgs Inc | | | | | Sold | 02/05/10 | J | | |
| 57. - Mitsubishi UFG Financial Group | | | | | | | | | |
| 58. - Mitsui Sumitomo Insurance Co | | | | | | | | | |
| 59. - Mizuho Finl Group Inc. | | | | | | | | | |
| 60. - NASDAQ OMX Group (X) | | | | | | | | | |
| 61. - NVIDIA Corp (X) | | | | | | | | | |
| 62. - Nippon Tel & Tel Spon | | | | | | | | | |
| 63. - Portugal Telecom | | | | | | | | | |
| 64. -Qualcomm Inc. (X) | | | | | | | | | |
| 65. - Roche Hldg LTD (X) | | | | | Sold | 07/23/10 | J | | |
| 66. - Royal Bk Scotland Group | | | | | Sold | 04/16/10 | J | | |
| 67. - SK Telecom LTD | | | | | | | | | |
| 68. - Sanofi-Aventis | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Sears Holdings Corp (X) | | | | | Sold | 06/30/10 | J | | |
| 70. - Seiko Epson Corp | | | | | | | | | |
| 71. - Sony Corp | | | | | | | | | |
| 72. - Stmicroelectronics N V | | | | | | | | | |
| 73. - Sumitomo Mitsui Finl Group | | | | | | | | | |
| 74. - Swiss Reinsurance | | | | | | | | | |
| 75. - Swisscom AG | | | | | | | | | |
| 76. - TDK Corp Amer Deposit SHS | | | | | | | | | |
| 77. - Tele Norte Leste | | | | | | | | | |
| 78. - Telecom Italia | | | | | | | | | |
| 79. - Telecom Corp New | | | | | | | | | |
| 80. - Telecomunicacoes Brasileiras | | | | | | | | | |
| 81. - Telefonica S.A. | | | | | | | | | |
| 82. - Telefonos de Mexico SP | | | | | | | | | |
| 83. - Tim Participacoes | | | | | | | | | |
| 84. - Tomkins F H PLC | | | | | Sold | 07/21/10 | J | | |
| 85. - Unilever NV NY | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Vertex Pharmaceuticals (X) | | | | | | | | | |
| 87. - Vivo Participacoes S A | | | | | | | | | |
| 88. - Wolters Kluwer | | | | | | | | | |
| 89. - Tyco Electronics LTD | | | | | | | | | |
| 90. - Flextronics Intnl LTD (X) | | | | | | | | | |
| 91. - Amazon Com Inc | | | | | | | | | |
| 92. - Amgen Inc | | | | | | | | | |
| 93. - Anadarko Petroleum Corp | | | | | | | | | |
| 94. - Autodesk Inc | | | | | | | | | |
| 95. - Bed Bath & Beyond | | | | | | | | | |
| 96. - Berkshire Hathaway Inc. | | | | | | | | | |
| 97. - Biogen Idec Inc | | | | | | | | | |
| 98. - Broadcom Corp | | | | | | | | | |
| 99. - Cablevision Systems Corp | | | | | | | | | |
| 100. - Canon Inc | | | | | | | | | |
| 101. - Cisco Sys Inc | | | | | | | | | |
| 102. - Coca-Cola Co | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Comcast Corp | | | | | | | | | |
| 104. - Cree Inc | | | | | | | | | |
| 105. - Discovery Holding Co | | | | | Sold | 11/08/10 | J | | |
| 106. - Walt Disney Co | | | | | | | | | |
| 107. - Ebay Inc | | | | | | | | | |
| 108. - Electronic Arts | | | | | Sold | 11/03/10 | J | | |
| 109. - Expedia Inc | | | | | | | | | |
| 110. - Forest Laboratories Inc | | | | | | | | | |
| 111. - General Electric Co | | | | | | | | | |
| 112. - Genzyme Corps | | | | | | | | | |
| 113. - Home Depot Inc | | | | | | | | | |
| 114. - Intel Corp | | | | | | | | | |
| 115. - Italcementi Fabrich Riunte (X) | | | | | | | | | |
| 116. - Johnson & Johnson | | | | | | | | | |
| 117. - L3 Communications Hldgs Inc | | | | | | | | | |
| 118. - Liberty Global Inc | | | | | | | | | |
| 119. - Liberty Globalk Inc Ser C | | | | | Sold | 11/10/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Liberty Media Hldg Corp | | | | | | | | | |
| 121. - Liberty Media Hldg Corp Cap Ser A | | | | | | | | | |
| 122. - Microsoft Corp | | | | | | | | | |
| 123. - Nissan MTR LTD (X) | | | | | | | | | |
| 124. - Nokia Corp | | | | | | | | | |
| 125. - Pall Corp | | | | | | | | | |
| 126. - Pepsico Inc | | | | | | | | | |
| 127. - Procter & Gamble Co | | | | | | | | | |
| 128. - Sanisk Corp | | | | | | | | | |
| 129. - Takeda Pharmeaceutical | | | | | Sold | 05/12/10 | J | | |
| 130. - Toyota Motor Corp (X) | | | | | | | | | |
| 131. - UnitedHealth Group | | | | | | | | | |
| 132. - Wolseley PLC | | | | | | | | | |
| 133. - Applied Materials Inc Delaware | | | | | | | | | |
| 134. - Enzo Biochem Inc | | | | | | | | | |
| 135. - Juniper Networks Inc | | | | | | | | | |
| 136. - Lawson Software Inc | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less     K =$15,001 - $50,000   L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal           R =Cost (Real Estate Only)  S =Assessment          T =Cash Market
   (See Column C2)          U =Book Value          V =Other                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Telkonet Inc | | | | | | | | | |
| 138. - Weatherford Intl Ltd | | | | | Sold (part) | 12/10/10 | J | B | |
| 139. - Actel Corp | | | | | | | | | |
| 140. - Air Products & Chemicals Inc | | | | | Sold | 08/24/10 | J | | |
| 141. - Bank of America Corp | | | | | | | | | |
| 142. - Chevron Corp | | | | | Sold | 08/13/10 | J | | |
| 143. - Cisco Sys Inc | | | | | Sold | 11/23/10 | J | | |
| 144. - Compugen LTD (X) | | | | | | | | | |
| 145. - Franklin Resources Inc. | | | | | Sold | 02/03/10 | J | | |
| 146. - Foster Wheeler LTD (X) | | | | | Sold | 10/26/10 | J | | |
| 147. - General Electric Co | | | | | | | | | |
| 148. - Halliburton Co Holdings | | | | | | | | | |
| 149. - Hess Corp | | | | | | | | | |
| 150. - Key Tronic Corp (X) | | | | | | | | | |
| 151. - Marathon Oil Corp | | | | | | | | | |
| 152. - Medtronic Inc | | | | | | | | | |
| 153. - Microsoft Corp | | | | | Sold | 08/13/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. - McDermott Intnl Incl-. | | | | | | | | | |
| 155. - Motorola Inc | | | | | | | | | |
| 156. - Murphy Oil Corp | | | | | Sold | 06/02/10 | J | | |
| 157. - National Oilwell Varco Inc | | | | | Sold (part) | 12/10/10 | J | A | |
| 158. - Network Equip Techs | | | | | | | | | |
| 159. - Nucor Corp | | | | | | | | | |
| 160. - Oracle Corp | | | | | | | | | |
| 161. - Pepsico In. | | | | | Sold | 05/21/10 | J | | |
| 162. - Perini Corp | | | | | Sold | 09/29/10 | J | | |
| 163. - Qualcomm Inc | | | | | Sold | 09/29/10 | J | | |
| 164. - Schlumberger LTD | | | | | | | | | |
| 165. - State Street Corp (X) | | | | | Sold | 09/02/10 | J | | |
| 166. - Starbucks Corp | | | | | Sold | 01/26/10 | J | | |
| 167. - Stryker Corp | | | | | Sold | 05/07/10 | J | | |
| 168. - Thomas Wiesel Partners (X) | | | | | Sold | 05/05/10 | J | | |
| 169. - Tidewater Inc | | | | | Sold | 10/28/10 | J | | |
| 170. - Valero Energy Corp | | | | | Sold | 01/28/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Umpqua Bank Stock | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. Henkel AG & Co X | | None | | | Sold | 02/05/10 | J | | |
| 174. Freeport McMoran Cooper X | | None | | | Sold | 11/04/10 | J | | |
| 175. Calloway Golf X | | None | J | T | | | | | |
| 176. Cohen & Steers X | | None | | | Sold | 02/05/10 | J | | |
| 177. Comverse Technologies X | | None | | | Sold | 02/05/10 | J | | |
| 178. Federated Investments X | | None | | | Sold | 02/05/10 | J | | |
| 179. Fluor Corp New X | | None | J | T | | | | | |
| 180. Janus Capital X | | None | | | Sold | 07/23/10 | J | | |
| 181. US Cellular X | | None | | | Sold | 06/02/10 | J | | |
| 182. Abbott Labs X | | None | J | T | | | | | |
| 183. Mueller Water X | | None | | | Sold | 05/05/10 | J | | |
| 184. ON Semiconductor X | | None | J | T | | | | | |
| 185. Hewlett Packard X | | None | J | T | | | | | |
| 186. McDonalds Corp X | | None | | | Sold | 05/05/10 | J | | |
| 187. Wal-Mart X | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ITRON | | None | J | T | Buy | 12/08/10 | J | | |
| 189. FEI | | None | J | T | Buy | 09/10/10 | J | | |
| 190. Boeing | | None | J | T | Buy | 12/22/10 | J | | |
| 191. Nabors | | None | J | T | Buy | 09/02/10 | J | | |
| 192. Carrefour SA | | None | J | T | Buy | 06/08/10 | J | | |
| 193. Cemex S.A.B | | None | J | T | Buy | 08/18/10 | J | | |
| 194. Blackrock Inc | | None | J | T | Buy | 11/10/10 | J | | |
| 195. Diana Shipping | | None | J | T | Buy | 05/18/10 | J | | |
| 196. Artio Global | | None | J | T | Buy | 10/04/10 | J | | |
| 197. Energy Solutions | | None | J | T | Buy | 07/12/10 | J | | |
| 198. Enzo Biochem | | None | J | T | Buy | 06/24/10 | J | | |
| 199. MGM Resorts | | None | J | T | Buy | 10/13/10 | J | | |
| 200. Mueller Water Products | | None | J | T | Buy | 06/01/10 | J | | |
| 201. USEC Inc. | | None | J | T | Buy | 09/20/10 | J | | |
| 202. Jabil Circuit | | None | J | T | Buy | 08/13/10 | J | | |
| 203. LSI Corp | | None | J | T | Buy | 08/13/10 | J | | |
| 204. Medco Health Solutions | | None | J | T | Buy | 08/16/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Michael R. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Washington Federal | | None | J | T | Buy | 11/24/10 | J | | |
| 206. | | | | | | | | | |
| 207. 401 K Plan | A | Int./Div. | K | T | | | | | |
| 208. - Amgen Inc | | | | | | | | | |
| 209. - Integrated Health Services Inc | | | | | | | | | |
| 210. - Legg Mason Opportunity Trust Primary Class | | | | | | | | | |
| 211. - New World Fund Class C | | | | | | | | | |
| 212. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, the following additional comments..........................

- [_____] Partnership consists of 50% interest for this reporter, and type of income includes, interest, rent, capital gains, as well as dividends. (Partnership interest increased since last reporting period due to inheritance.)

- The following pages/lines included in 2009 annual report are no longer reportable due to full sale of stock in 2009 and reported on 2009 annual report:
page 6, lines 47, 48, 49
page 9, lines 86, 94
page 10, lines 106, 111, 118
page 11, line 135
page 12, lines 139, 143, 144, 145, 147
page 13, lines 155-157, 159-160, 164, 167
page 14, lines 171-173, 178, 180, 185, 187
page 15, lines 189, 191, 193, 196, 200, 203
page 16, lines 205-206

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Michael R. Hogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544